**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-6253**

---

GEORGE LUTHER COOK, III,

Plaintiff - Appellant,

versus

J. KEELING, Former Assistant Warden-Programs;
MS. MCWATERS, Head Nurse/Hospital Administra-
tor, Indian Creek Correctional Center; DOCTOR
IBARRA, Chief Doctor, Indian Creek Correction-
al Center,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  J. Calvitt Clarke, Jr., Senior
District Judge.  (CA-97-1008-2)

---

Submitted:  July 22, 1998          Decided:  August 6, 1998

---

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

George Luther Cook, III, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

George Luther Cook, III, appeals the district court's order dismissing his action under 42 U.S.C.A. § 1983 (West Supp. 1998) for Cook's failure to pay a partial filing fee. <u>See</u> 28 U.S.C.A. § 1915(b)(1) (West Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Cook v. Keeling</u>, No. CA-97-1008-2 (E.D. Va. Jan 26, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>